**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| BEN TESLER, | ) | Bankruptcy No. 21-00472 |
| | ) | |
| Debtor. | ) | Honorable David D. Cleary |
| | ) | |
| DAVID P. LEIBOWITZ, | ) | |
| Chapter 7 Trustee for the Estate of | ) | |
| Ben Tesler, | ) | Adv. No. 21-00062 |
| Plaintiff, | ) | |
| vs. | ) | |
| ADI GOLAN, | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on **Wednesday, July 21, 2021, at 10:30 a.m.**, I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, and present the **Motion for Entry of Default and Default Judgment on Trustee's Complaint to Recover Preferential Transfers**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/join. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 161 122 6457 and the passcode is Cleary644.  The meeting ID and passcode can also be found on Judge Cleary's webpage on the court's website, https://www.ilnb.uscourts.gov/content/judge-david-d-cleary.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Date:  July 13, 2021                                      **DAVID P. LEIBOWITZ, not individually, but as the
                                                          Chapter 7 Trustee of the Debtors' Estate**

                                                          By:    /s/ David P. Leibowitz
                                                                 David P. Leibowitz (ARDC # 1612271)
                                                                 Law Offices of David P. Leibowitz, LLC
                                                                 3438 N. Elaine Place, Suite 4
                                                                 Chicago, IL 60657
                                                                 (312) 662-5750
                                                                 dleibowitz@lodpl.com

## **CERTIFICATE OF SERVICE**

I, Linda A. Green, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on July 13, 2021, at 5:00 p.m.

                                                  /s/ Linda A. Green
                                                         Attorney

## **SERVICE LIST**

*Parties served via electronic notice through CM/ECF:*

David P. Leibowitz    dleibowitz@lodpl.com

*Parties served via first class U.S. mail:*

Adi Golan
6523 Albert Street
Morton Grove, IL 60053

Ben Schneider
Schneider & Stone
8424 Skokie Blvd., Suite 200
Skokie, IL 60077

United States Trustee Patrick S. Layng
Office of the United States Trustee
219 South Dearborn Street, Suite 873
Chicago, IL 60604

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BEN TESLER, | ) | Bankruptcy No. 21-00472 |
| | ) | |
| Debtor. | ) | Honorable David D. Cleary |
| | ) | |
| DAVID P. LEIBOWITZ, | ) | |
| Chapter 7 Trustee for the Estate of | ) | |
| Ben Tesler, | ) | Adv. No. 21-00062 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| ADI GOLAN, | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT ON TRUSTEE'S COMPLAINT TO RECOVER PREFERENTIAL TRANSFERS**

David P. Leibowitz ("Trustee"), not individually but as the chapter 7 trustee of the bankruptcy estate of Ben Tesler ("Debtor"), moves, pursuant to Federal Rule of Civil Procedure 55(b)(2) (applicable herein by virtue of Bankruptcy Rule 7055) and Local Bankruptcy Rule 7055-2 for entry of default and for default judgment on the Trustee's Complaint to Recover Preferential Transfers pursuant to sections 547 and 550 of the Bankruptcy Code.[1]  In support thereof, the Trustee states as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334.

2. This adversary proceeding constitutes a core proceeding within the meaning of 28 U.S.C. §157(b)(2)(A), (F), and (O).

---

[1] All chapter, section and rule references, unless otherwise noted, are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532 ("Bankruptcy Code"), and the Federal Rules of Bankruptcy Procedure, Rules 1001-9037 ("Bankruptcy Rules").

3. Venue is proper in this district pursuant to 28 U.S.C. § 1409(a).

4. By Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois, the District Court has referred all bankruptcy cases to the Bankruptcy Court for initial determination, as permitted by 28 U.S.C. § 157(a).

### FACTUAL AND PROCEDURAL BACKGROUND

5. On January 14, 2021 ("Petition Date"), Debtor filed in this Court his voluntary petition for relief under chapter 7 of the Bankruptcy Code.

6. David P. Leibowitz is the duly appointed, qualified, and acting chapter 7 trustee in this case.

7. The Trustee brings this motion pursuant to Federal Rule of Civil Procedure 55(b)(2), applicable herein by virtue of Bankruptcy Rule 7055, which authorizes the entry of default judgment when a party has failed to plead or otherwise defend against the complaint.

8. The Trustee filed his complaint against Defendant herein, Adi Golan, for recovery of preferential transfers (the "Complaint") on April 17, 2021. He obtained the issuance of a summons that same day.

9. On April 28, 2021, the Trustee obtained the issuance of an alias summons.

10. In accordance with Bankruptcy Rule 7004(b)(1), the Trustee served the alias summons and Complaint on Adi Golan on April 28, 2021, via first-class United States mail, postage fully pre-paid. A copy of the certificate of service reflecting service of said summons and Complaint on Golan is attached hereto as **Exhibit A**, together with a copy of the Complaint.

11. Pursuant to Bankruptcy Rules 7012(a) and 9006(a), Adi Golan had thirty days after issuance of the alias summons, i.e., to and including May 28, 2021, to answer or otherwise plead to the Complaint.

12. As of the filing of this Motion, Adi Golan has not filed an answer or other responsive pleading. A declaration to that effect, which also includes averments concerning the truth of the allegations of the Complaint, is attached hereto as **Exhibit B**.

13. Also attached, as **Exhibit C**, is a Declaration Regarding Military Service, certifying that Adi Golan is not currently on active duty in any branch of the armed forces of the United States.

14. Based on the factual allegations of the Complaint, which are deemed admitted by virtue of Debtor's default, *see* Fed.R.Civ.P. 8(b)(6), the Trustee is entitled to entry of a default judgment for recovery of the preferential transfers. Those factual allegations include:

    (i) Debtor transferred $15,000 to Adi Golan within one year of the Petition Date.

    (ii) The transfer was made on account of an antecedent debt.

    (iii) The transfer was made while the Debtor was insolvent.

    (iv) Adi Golan is an insider with respect to the Debtor.

    (v) As a result of the transfer, Adi Golan received more than he would have received in liquidation in this Chapter 7 case.

15. By reason of the foregoing, the transfer to Adi Golan should be avoided pursuant to § 547(b) of the Bankruptcy Code and recovered pursuant to § 550, and the Trustee is entitled to a default judgment to that effect.

**WHEREFORE**, David P. Leibowitz, chapter 7 trustee of the estate of Ben Tesler, respectfully requests that the Court (i) enter an order of default and a default judgment against Adi Golan avoiding the transfer to him of $15,000 pursuant to section 547(b) and recovering same for

the estate pursuant to section 550 of the Bankruptcy Code; and (ii) award such other and further relief as the Court deems just and appropriate.

Dated: July 13, 2021          Respectfully submitted,

**DAVID P. LEIBOWITZ, not individually but solely as chapter 7 trustee for the estate of Ben Tesler**

By:   */s/ David P. Leibowitz*
      One of His Attorneys

David P. Leibowitz (ARDC # 1612271)
Law Offices of David P. Leibowitz, LLC
3438 N. Elaine Place, Suite 4
Chicago, Illinois 60657
(312) 662-5750